**Acme Petroleum Company, appellee, v. Diamond Red Paint Company, appellant. Gen. No. 27,163.**

Action for damages for breach of contract for the sale of oil to defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922. Rehearing denied November 2, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Ogren & Wermuth, for appellant. Alden, Latham & Young, for appellee; Charles Martin, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**L. Krimmer, trading as L. K. Thread Company, appellee, v. Gordon Brothers Cap Company, appellant. Gen. No. 27,202.**

Action for the purchase price of thread sold to defendant. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Louis L. Gould, for appellant. Baker, Holder & Schmidt, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Hyman Epstein, by Aaron Epstein, appellant, v. S. Karpen & Brothers, appellee. Gen. No. 27,211.**

Action by a minor by his next friend to recover for personal injuries received while employed at dangerous work in defendant's factory without his parents' consent. Suit dismissed. Appeal from the Circuit Court of Cook county; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Israel Cowen, for appellant. M. P. Cornelius, for appellee; George C. Bliss, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Fred V. Prather, defendant in error, v. Charles A. Kropp, plaintiff in error. Gen. No. 26,941.**

Action for services as an architect. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed October 18, 1922.

Monahan & Monahan, for plaintiff in error. Joseph B. Lawler, for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.